NICOLA T. HANNA
United States Attorney

BENJAMIN J. GRILLOT (DC Bar No. 982114)
benjamin.grillot@usdoj.gov
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C.  20044-7611
Telephone:  (202) 305-0303
Facsimile:   (202) 353-7763

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    PLAINTIFF,<br><br>  v.<br><br>2.5 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; and BARBARA DIMICK, et al.,<br><br>    DEFENDANTS. | No. EDCV 18-425-GW-KKx<br><br>**ORDER**<br>**OF FINAL JUDGMENT** |

## <u>ORDER OF FINAL JUDGMENT</u>

This matter is before the Court following a Hearing to Determine Title and

Just Compensation held on June 3, 2019 at 8:30 a.m.  Upon consideration of the

court file, the evidence and argument presented at the hearing, and all applicable

statutes and rules,

**IT IS HEREBY ORDERED THAT** the amount of just compensation in

this matter is TEN THOUSAND DOLLARS ($10,000.00).

**IT IS FURTHER ORDERED THAT** the proper recipients of

compensation for the property are Ms. Barbara Dimick, Ms. Diana Allicotti, and

Ms. Alma Schureman.

**ACCORDINGLY**, the Clerk of Court is hereby directed to enter final

judgment fixing compensation as stated above and to pay the $10,000.00 on

deposit in the registry of the court, and any accrued interest, as follows:

1) The sum of Three Thousand Three Hundred and Thirty-Three dollars
and Thirty-Four cents ($3,333.34), and 1/3 of any accrued interest to:

> Barbara Dimick
> c/o Michael Divic
> 4110 College Crest Drive
> Los Angeles, CA 90065

2) The sum of Three Thousand Three Hundred and Thirty-Three dollars
and Thirty-Three cents ($3,333.33), and 1/3 of any accrued interest to:

> Diana Allicotti
> 201 E. Chapman Ave.  – Apt. 21m

Placentia, CA 92870

3) The sum of Three Thousand Three Hundred and Thirty-Three dollars and Thirty-Three cents ($3,333.33), and 1/3 of any accrued interest to:

       Alma Schureman
       3361 S. Huachuca Way
       Chandler, AZ 85286

**THUS DONE AND SIGNED** this 10th day of June, 2019

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE